IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SENECA JOHNSON, CORY JONES, EDDIE JONES, COLUMBUS MCGREW, DERRICK MOORE, ANTHONY FRAZIER, DERRICK LEWIS, and LILLIE JOHNSON<br><br>    Plaintiffs,<br><br>v.<br><br>CATERPILLAR INC.,<br><br>    Defendant. | Case No. 15-cv-03575<br><br>Judge Ronald A. Guzman |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Derrick Moore ("Moore") and Defendant Caterpillar Inc., by and through their undersigned lawyers, and pursuant to Federal Rule of Civil Procedure 41(a)(l)(ii), hereby stipulate to a dismissal of Moore's claims in their entirety with prejudice and without costs to either party.

Dated: October 13, 2015

| DEFENDANT<br>CATERPILLAR INC. | PLAINTIFF<br>COLUMBUS MCGREW |
|---|---|
| By:   */s/ Jason M. Torres*<br>     One of its attorneys | By:   */s/ Jennifer S. Gilbert*<br>     One of His attorneys |
| Joseph S. Turner<br>Jason M. Torres<br>SEYFARTH SHAW LLP<br>131 S. Dearborn Street, Suite 2400<br>Chicago, Illinois 60603<br>(312) 460-5000 | Linda D. Friedman<br>Suzanne E. Bish<br>Jennifer S. Gilbert<br>STOWELL & FRIEDMAN, LTD<br>303 W. Madison Street, Suite 2600<br>Chicago, Illinois 60606<br>(312) 431-0888 |

## **CERTIFICATE OF SERVICE**

I, Jennifer S. Gilbert, an attorney, hereby certify that on October 13, 2015, I caused a true and correct copy of the attached ***Plaintiff Derrick Moore's Stipulation Of Dismissal With Prejudice Against Defendant Caterpillar Inc.*** to be served on all counsel of record via ECF.

DATED: October 13, 2015

                                                  */s/ Jennifer S. Gilbert*