## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Seneca Johnson, et al.
                    Plaintiff,

v.                                              Case No.: 1:15−cv−03575
                                                Honorable Sheila M. Finnegan

Caterpillar Inc.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 15, 2017:

    MINUTE entry before the Honorable Sheila M. Finnegan: Pursuant to the joint Stipulations of Dismissal with Prejudice filed on 6/12/2017 by Defendant Caterpillar, Inc. and Plaintiffs Eddie Jones [82], Derrick Lewis [83], and Anthony Frazier [84], all claims in this action by Plaintiffs Eddie Jones, Derrick Lewis, and Anthony Frazier are dismissed with prejudice. Settlement conference remains set for 7/31/2017 at 1:30 p.m., and due dates for the parties' respective settlement submissions remain as set in the Court's 6/6/2017 Minute entry [81], as to remaining Plaintiff Cory Jones. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.