UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Seneca Johnson, et al.
                                Plaintiff,

v.                                                     Case No.: 1:15−cv−03575
                                                            Honorable Sheila M. Finnegan

Caterpillar Inc.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 9, 2017:

      MINUTE entry before the Honorable Mary M. Rowland: On 8/9/17 the court held a telephonic settlement discussion with Plaintiff's counsel only. On 8/10/17 the court held a telephonic settlement discussion with defense counsel only, The Court strongly recommends the current proposal. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.